IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY and AMERICAN NATIONAL GENERAL INSURANCE COMPANY,<br><br>  Plaintiffs,<br><br>v.<br><br>WESLEY M. HOLSTON;  KAREN PHELPS, individually and as mother and next friend of TRISTIN PHELPS, JESSE PHELPS, JR. and SADIE PHELPS, deceased; and JESSE PHELPS, individually and as father and next friend of TRISTIN PHELPS, JESSE PHELPS, JR. and SADIE PHELPS,<br><br>  Defendants. | CIVIL ACTION NO. 08-00198-CG-M |

## DECLARATORY JUDGMENT

In accordance with the court's order entered this date, granting plaintiffs' motion for summary judgment, and default having been entered against defendant Wesley M Holston on July 1, 2008, judgment is hereby entered in favor of Plaintiffs, **AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY** and **AMERICAN NATIONAL GENERAL INSURANCE COMPANY**, and it is hereby **DECLARED** that:

> Plaintiffs have no liability or any other obligation to the defendants with respect to any of the claims or demands arising out of or related to the automobile accident that occurred on July 8, 2006 in Mobile County, Alabama.

**DONE and ORDERED** this 22nd day of April, 2009.

　　　　　　　　　　　　　　/s/  Callie V. S. Granade
　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE